IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUAN MARTIN NERI-VEGA,

     Petitioner,

vs.                             CASE NO.  5:13cv113-LC/CJK

UNITED STATES OF AMERICA,

     Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 18, 2013.  (Doc. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any objections filed.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The amended petition for writ of habeas corpus filed under to 28 U.S.C. § 2241 (doc. 1) is DISMISSED for lack of jurisdiction, as petitioner has not demonstrated entitlement to proceed under § 2241.

3.     The clerk is directed to close the file.


DONE AND ORDERED this 27th day of August, 2013.



                                s/L.A. Collier
                                LACEY A. COLLIER
                                SENIOR UNITED STATES DISTRICT JUDGE